UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER M ROBERTS,<br><br>      Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Civil No.  2:13-cv-00254-VEB<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the decision by the Administrative Law Judge (ALJ) in the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings.  The ALJ shall reconsider the case de novo and, in particular, follow the guidance in Social Security Ruling (SSR) 13-2p, Evaluating Cases Involving Drug Addiction and Alcoholism; and reevaluate the medical source opinions,

```
1  including those from Drs. Mabee, Arnold, Martin, Mee, and Kraft, pursuant to 20
2  C.F.R. § 416.927 and SSRs 96-2p, 96-5p, and 96-6p.
3
4       Further, based on the stipulation of the parties, this remand is made pursuant
5  to sentence four of 42 U.S.C. § 405(g).
6       IT IS SO ORDERED.
7       DATED this 21st day of April, 2014.
```

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

Page 2    ORDER - [2:13-cv-00254-VEB]