UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER M ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No.  2:13-cv-00254-VEB<br><br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this case REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this 21st day of April, 2014.

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

Page 1    JUDGMENT - [2:13-cv-00254-VEB]